# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| JENNY LARSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 14 CV 00806-SNLJ |
| v. ) | |
| ) | |
| DUC TANG D.D.S. and HEARTLAND ) | |
| DENTAL CARE, LLC ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against all Defendants with prejudice and without costs. Plaintiff's putative class claims are dismissed without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**

**JENNY LARSON**

s/Max G. Margulis
One of her attorneys
Max G. Margulis, #24325MO
Margulis Law Group
28 Old Belle Monte Rd.
Chesterfield, MO 63017
636-536-7022

**DEFENDANTS**

**DUC TANG D.D.S. and
HEARTLAND DENTAL CARE, LLC
n/k/a HEARTLAND DENTAL, LLC**

s/Steven H. Schwartz (with permission)
One of their attorneys
Steven H. Schwartz, #36436
Brown & James, P.C.
800 Market St., Ste. 1100
St. Louis, MO 63101
314-421-3400

SO ORDERED this 22nd day of May, 2014.  _____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

9